# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA

## ASHEVILLE DIVISION

## CIVIL CASE NO. 1:10cv169

| | |
|---|---|
| TERVON CALDWELL, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>CORVEL CORPORATION, )<br>)<br>Defendant. )<br>_____) | ORDER |

**THIS MATTER** is before the Court *sua sponte*.

On September 7, 2010, the Court denied the Plaintiff's application to proceed without the prepayment of fees without prejudice to filing the long form application with additional detail. [Doc. 4]. In that Order, the Plaintiff was advised that he must file that application on or before thirty days from September 7, 2010 and that failure to do so would result in the action being dismissed without further notice.

The Plaintiff has failed to make the required filing and as a result, this action is hereby dismissed.

**IT IS, THEREFORE, ORDERED** that this action is hereby **DISMISSED**.

Signed: October 18, 2010

Martin Reidinger
United States District Judge

SEALED DOCUMENT with access to Specified Parties/Defendants