# United States District Court
# For The Western District of North Carolina
# Asheville Division

TERVON CALDWELL,

    Plaintiff(s),                                JUDGMENT IN A CIVIL CASE

vs.                                                        1:10cv169

CORVEL CORPORATION,

    Defendant(s).

DECISION BY COURT.  This action having come before the Court by and the case was dismissed as the Plaintiff failed to make the required filing of an application to proceed without the prepayment of fees.

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 1:10cv169 Order.

                                               Signed: October 18, 2010

                                               Frank G. Johns, Clerk
                                               United States District Court